# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**JAN F. BECKER,**

       Petitioner,

    V.                                 CASE NUMBER: **07-C-852**

**WARREN HUDSON, ET AL.,**

       Respondents.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Jan F. Becker's request to proceed *in forma pauperis* is DENIED.  His petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED.**

    **October 4, 2007**                               **JON W. SANFILIPPO**

Date                                           Clerk

                                           s/ Linda M. Zik

                                          (By) Deputy Clerk